Farzana Sheikh, MD, In Pro Per

Prepared and Submitted by;
Rehan Sheikh
1219 W. El Monte Street
Stockton, California 95207
Phone: (209) 475.1263
rehansheikh@yahoo.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a division of the County of San Joaquin<br><br>Petitioner,<br><br>v.<br><br>Farzana Sheikh, M.D.<br><br>Respondent | CASE NO: 2:14 – CV – 1509 MCE AC PS<br><br>& Linked to<br><br>CASE NO: 2:10 – CV- 213 FCD-GGH PS<br><br>**PLAINTIFF'S MOTION FOR DECLARATORY RELIEF ON POSSESSION OF THE MOBILE HOME and**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION** |

Respondent, Dr. Sheikh submit this Motion for Declaratory Relief that 'Petitioners' took possession of Respondents' Mobile Home at San Joaquin General County Hospital in May 2010. The Motion is set for hearing on September 10, 2014.

## I. MEMORANDUM OF POINTS AND AUTHORITIES

1. Dr. Sheikh was a Resident Physician at San Joaquin County Hospital where she completed Residency Training in or around September 2008. Dr. Sheikh provided healthcare services to the under privileged population of that area. She lived in a Mobile Home (Cottage) that was located at the County Hospital.

2. On or around May 17, 2010, County of San Joaquin and San Joaquin General Hospital (County Hospital) (referred herein as Petitioners) took possession of Dr. Sheikh[1]'s cottage/Mobile Home[2],[3] that was located on the County Hospital. Several cars and trucks from the Sheriff's office arrived, and changed the locks.

   a. Since May 2010, the Petitioners, County Sheriff and/or County of San Joaquin and/or San Joaquin General Hospital have possession of that Cottage.

   b. Neither there was any Notice of hearing from the San Joaquin County Superior Court nor there was any hearing, yet the County of San Joaquin could easily manage to get a Writ of Execution and Judgment. On or around June 25, 2014, upon request, the County Counsel sent an electronic copy of the "*Issued Writ of Execution and Judgment*" dated May 2010 and stated; "*Those documents required you to vacate the County property*".

---

[1] Dr. Sheikh completed Medical Residency from San Joaquin County Hospital.

[2] Doctor's Mobile Homes are referred as Cottages in the Hospital.

[3] Several Resident Physicians maintained possession of their Cottages for years after completion of their Residency training without objection from the County.

3. This is undisputed that Petitioners served a Writ of Mandate and San Joaquin County Sheriff evicted Dr. Sheikh from the Mobile Home during May 2010.

4. Respondent Dr. Sheikh seeks a Declaratory Relief that Petitioner San Joaquin General Hospital has possession of the property since May 2010.

                                       Respectfully Submitted;


                                       /s/ *Rehan Sheikh*

                                       ----------------------------------
Date:  August 09, 2014            (for) Farzana Sheikh, M. D.

                                       Respondent