OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
J. MARK MYLES, CSB #200823
Assistant County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California 95202
Telephone: (209) 468-2980
Facsimile: (209) 468-0315

Attorneys for Plaintiff, SAN JOAQUIN GENERAL HOSPITAL, a division of the COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a division of the COUNTY OF SAN JOAQUIN,<br><br>Plaintiff,<br><br>vs.<br><br>FARZANA SHEIKH<br><br>Defendant. | CASE NO. 2:14-cv-1509 MCE AC PS<br><br>STATEMENT OF NON-OPPOSITION PURSUANT TO LOCAL RULE 230(c) |

COMES NOW, Plaintiff, San Joaquin General Hospital, a division of the County of San Joaquin, and in accordance with Local Rule 230(c) submits its statement of non-opposition to the Court's granting of the Defendant Sheikh's Motion for Electronic Document Submission Access for Plaintiff (sic) and Memorandum in Support of Motion.

Dated: August 25, 2014

OFFICE OF THE COUNTY COUNSEL

BY: _____
J. MARK MYLES
Assistant County Counsel

Attorneys for Plaintiff, SAN JOAQUIN GENERAL HOSPITAL, a division of the COUNTY OF SAN JOAQUIN

---

STATEMENT OF NON-OPPOSITION        1

Re: *San Joaquin General Hospital, a division of the County of San Joaquin v. Farzana Sheikh*
USDC Case Number: 2:13-cv-1509 MCE AC PS

## PROOF OF SERVICE BY MAIL

**I, THE UNDERSIGNED, SAY:**

I am, and was at all times herein mentioned, a citizen of the United States and employed in the County of San Joaquin, State of California, over the age of eighteen (18) years, and not a party to the within action; that my business address is 44 N. San Joaquin Street, Suite 679, Stockton, California, 95202. I am readily familiar with the office's practice of collecting and processing correspondence for mailing with the U.S. Postal Service and, after collection, it is deposited with the U.S. Postal Service on the same day in the ordinary course of business, with postage fully prepaid.

On August 25, 2014, at the Office of the County Counsel, County of San Joaquin, I enclosed a true copy of the attached:

**STATEMENT OF NON-OPPOSITION PURSUANT TO LOCAL RULE 230(c)**

in an envelope for the person named below, addressed as set forth immediately below the respective name as follows:

<u>NAME AND ADDRESS</u>

FARZANA SHEIKH
1219 WEST EL MONTE STREET
STOCKTON, CA 95207

Said envelope was sealed and placed for collection and mailing on the aforesaid date following ordinary business practices.

**I DECLARE UNDER PENALTY OF PERJURY** that the foregoing is true and correct.

**EXECUTED** at Stockton, California, on August 25, 2014.

*/s/ Jill M. Schroeder*
JILL M. SCHROEDER

---

PROOF OF SERVICE BY MAIL