OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
J. MARK MYLES, CSB #200823
Assistant County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California 95202
Telephone: (209) 468-2980
Facsimile: (209) 468-0315

Attorneys for Plaintiff, SAN JOAQUIN GENERAL
HOSPITAL, a division of the COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a division of the COUNTY OF SAN JOAQUIN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FARZANA SHEIKH,<br><br>　　　　　　Defendant. | CASE NO. 2:14-cv-01509 MCE AC PS<br><br>**PLAINTIFF'S REPLY TO DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

　　Save Dr. Sheikh's lengthy discussion of personal jurisdiction, which has never been at issue, Defendant's Objections to Magistrate Judge's Findings and Recommendations (ECF No. 20) are a regurgitation of the contents of the Notice of Removal (ECF No. 1), First Amended Notice of Removal (ECF No. 5), Second Amended Notice of Removal (ECF No. 11), Third Amended Notice of Removal (ECF No. 16), and now Fourth Amended Notice of Removal (ECF No. 22) – all of which the Magistrate Judge explored fully during oral argument.

　　Because the Defendant identifies no flaw in the Magistrate Judge's Findings and Recommendations, San Joaquin County respectfully requests that the Court enter an order adopting the Order and Findings and Recommendations (ECF No. 19) dated September 12, 2014, and denying

/////

1

PLAINTIFF'S REPLY TO DEFENDANT'S OBJECTIONS

1 | Defendant's Motion for Leave to File Fourth Amended Notice of Removal (ECF No. 21).

2 | Dated:  October 9, 2014                    OFFICE OF THE COUNTY COUNSEL

BY: _____
J. MARK MYLES
Assistant County Counsel

Attorneys for Plaintiff, SAN JOAQUIN
GENERAL HOSPITAL, a division of the
COUNTY OF SAN JOAQUIN

PLAINTIFF'S REPLY TO DEFENDANT'S OBJECTIONS

CASE NAME:     SAN JOAQUIN GENERAL HOSPITAL v. FARZANA SHEIKH
CASE NUMBER:   2:14-cv-01509 MCE AC PS

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF SAN JOAQUIN   )

I, THE UNDERSIGNED, SAY:

I am, and was at all times herein mentioned, a citizen of the United States and employed in the County of San Joaquin, State of California, over the age of eighteen (18) years, and not a party to the within action; that my business address is 44 N. San Joaquin Street, Suite 679, Stockton, California, 95202. I am readily familiar with the office's practice of collecting and processing correspondence for mailing with the U.S. Postal Service and, after collection, it is deposited with the U.S. Postal Service on the same day in the ordinary course of business, with postage fully prepaid.

On October 9, 2014, at the Office of the County Counsel, County of San Joaquin, I enclosed a true copy of the attached:

**PLAINTIFF'S REPLY TO DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S FINDING AND RECOMMENDATIONS**

in an envelope for the person named below, addressed as set forth immediately below the respective name as follows:

NAME AND ADDRESS

FARZANA SHEIKH
1219 WEST EL MONTE STREET
STOCKTON, CA 95207

Said envelope was sealed and placed for collection and mailing on the aforesaid date following ordinary business practices.

**I DECLARE UNDER PENALTY OF PERJURY** that the foregoing is true and correct. **EXECUTED** at Stockton, California, on October 9, 2014.

*/s/ Jill M. Schroeder*
JILL M. SCHROEDER

Proof of Service By Mail