

**FILED**

OCT 20 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Farzana Sheikh, MD, Pro Se

Rehan Sheikh
1219 W. El Monte Street
Stockton, California 95207
Telephone:   (209) 475.1263
farzana_sheikh@yahoo.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a division of the County of San Joaquin | **CASE NO: 2:14 – CV – 1509 MCE AC PS** |
| Petitioner, | **NOTICE OF CIVIL APPEAL** |
| v. | **FRAP 3** |
| Farzana Sheikh, M.D. | |
| Respondent | **Chief Judge Hon. Morrison C England (MCE)** |

Respondent hereby submits this Notice of appeal with the Ninth Circuit Court of Appeals on premature dismissal of the above referenced matter.

Respectfully Submitted;

_____

Date:   Nov 17, 2014            Farzana Sheikh, M. D.

Plaintiff