# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. 2:14-cv-1509 MCE AC

Short Case Title San Joaquin General Hospital v Farzana Sheikh MD

Date Notice of Appeal Filed by Clerk of District Court 09/25/2014

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Please Specify) |
|---|---|---|
| Sep 10, 2014 | | All proceedings - Judge Allison Claire |

**FILED**

**OCT 2 0 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(attach additional page for designations if necessary)

- [ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
- [x] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
- [ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  Nov 17, 2014

Type or Print Name Farzana Sheikh

Signature of Attorney  ~~~  Phone Number 209. 475.1263

Address: 1219 W El Monte Street Stockton CA 95207

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(Signature of court reporter)

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b). _____

_____ Approximate Number of Pages in Transcript - Due Date _____

**SECTION C** - To be completed by court reporter
When the transcript is filed, complete this copy and submit it to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed _____ Court Reporter's Signature _____

**SECTION D**
U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

_____  _____  BY: _____
(U.S. District Court Clerk)  (date)  DEPUTY CLERK